IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **05CR10148RGS** |
|  | : CRIMINAL ACTION |
| v. | : |
|  | : Count One: |
| SANTA MELO a/k/a | : 8 U.S.C. § 1326(a) |
| Minerva Vasquez-Moto a/k/a | : (Illegal Re-entry of |
| Tamara Rodriquez | :  Deported Alien) |

### INDICTMENT

**COUNT ONE:** 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about May 20, 2005, at Boston, in the District of Massachusetts,

**SANTA MELO**
**a/k/a Minerva Vasquez-Moto**
**a/k/a Tamara Rodriquez**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, after a conviction for an aggravated felony, to wit, Distribution and Possession of a Controlled Substance, to wit, Cocaine, in violation of M.G.L. c. 94C, §32A, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

Case 1:05-cr-10148-RGS    Document 1    Filed 06/15/2005    Page 2 of 5

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS          June 15, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
2:40pm

`JS 45 (5/97) - (Revised USAO MA 6/29/04)    05CR 10148 RGS`

**Criminal Case Cover Sheet**                                  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Malden                    **Related Case Information:**

**County** Suffolk                 Superseding Ind./Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Santa Melo                              **Juvenile** ☐ Yes  ☒ No

**Alias Name** Minerva Vasquez-Moto; Tamara Rodriquez

**Address** _____

**Birth date (Year only):** 1958   **SSN (last 4 #):** _____   **Sex** F   **Race:** H   **Nationality:** DR

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nadine Pellegrini                            **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No        **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** 5/20/05

☒ Already in Federal Custody as   administrative arrest   in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/15/05        **Signature of AUSA:** _[signature]_

≈JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse        05CR10148RGS

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     SANTA MELO; MINERVA VASQUEZ MOTO; TAMARA RODRIQUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   8 U.S.C. 1326(A) | Illegal re-entry by deported alien | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**