AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SANTA MELO a/k/a Minerva Vasquez-Moto a/k/a
Tamara Rodriquez

To: The United States Marshal
and any Authorized United States Officer

# WARRANT FOR ARREST

**05** CR **1 0 1 4 8 R G S**

CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest    SANTA MELO /k/a Minerva Vasquez-Moto a/k/a Tamara Rodriquez

Name

and bring him~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Unlawful reentry after deportation

in violation of
Title                 8          United States Code, Section(s)    1326

Catherine M. Bowlik
Name of Issuing Officer

Catherine M. Bowlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

6-15-05  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| | WARRANT EXECUTED BY US BY ARREST/ARRAIGNMENT | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER 6/16/05 |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.