UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            Criminal No. 05-10148-PBS

v.

SANTO MELO

REPORT ON INITIAL STATUS CONFERENCE

On August 9, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense: NONE

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense: NONE AT THIS TIME

3. Anticipated supplemental discovery

   For the government: None
   For the defense: NONE

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

5.  Applicable periods of excludable delay under Speedy Trial Act

    From 6/16/05 to 6/23/05 (Initial appearance to detention)
    From 6/23/05 to 7/25/05 (Automatic Discovery)

6.  Trial is/is not anticipated.  Estimated duration of trial

    The government expects that trial will take approximately three days.

7. Other matters:

    For the government: None
    For the defense: **SUBSTANTIVE MOTIONS**

_____
Michael Natola, Esq.
Counsel for the Defendant

_____
Nadine Pellegrini, Esq.
Assistant U.S. Attorney

Dated: August 9, 2005

MOTION ALLOWED

_____
Deputy Clerk