IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          :
                                  :    CRIMINAL ACTION
                                  :    **05-110148-RGS**
            v.                    :
                                  :
SANTO MELO                        :


**JOINT MOTION TO EXCLUDE TIME FROM 6/16/05 TO 7/25/05 AND FROM 8/9/05 UNTIL 10/17/05**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and Michael F. Natola, Esq., attorney for the Defendant, hereby file this Joint Motion to Exclude Time as follows:

1. From 6/16/05 to 7/25/05 (from initial appearance through automatic discovery.)

3. From 8/9/05 to 10/17/05 (initial status conference until final status conference)

Therefore, the parties respectfully request that the court grant this Motion to Exclude Time for the periods listed above pursuant to 18 U.S.C. §3161 (h)(8)(A).

                              Respectfully submitted,

/s/ Michael F. Natola          /s/Nadine Pellegrini

Michael F. Natola, Esq.        Nadine Pellegrini
Counsel for the Defendant      Assistant U.S. Attorney

Dated: 8/10/05